# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01653-BNB

MARQUIS A. SCOTT,

    Plaintiff,

v.

MONA SCOTT,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2008

GREGORY C. LANGHAM
                 CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's motion for appointment of counsel filed on August 5, 2008, is DENIED as premature. Plaintiff's "Motion for Production of Documents: Under Rule 34" filed on August 26, 2008, is DENIED.

Dated: August 27, 2008

Copies of this Minute Order mailed on August 27, 2008, to the following:

Marquis A. Scott
Prisoner No. 104716
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

                                   Secretary/Deputy Clerk